**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**CIVIL ACTION NO. 1:17-CV-00219 (WOB-SKB)**

**KAREN KLEIN,**
*Administratrix of the Estate*
*on behalf of* **John Klein**                                                                  **PLAINTIFF,**

**VS.**                                                    **JUDGMENT**

**HAMILTON COUNTY, ET AL**                                              **DEFENDANTS.**

Pursuant to the Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED AND ADJUDGED** that summary judgment be, and is hereby, **ENTERED IN DEFENDANTS' FAVOR.** This matter is **STRICKEN** from the docket of the Court.

This 6th day of July 2021.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge